IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN R. LOCKE,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

   v.                                  Case No. 14-cv-786-wmc

BRETT VANDEWALLE,

        Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Brian R. Locke leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and dismissing this case without prejudice.

| /s/ | 11/17/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |